UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVIAN M. MOSLEY,

       Plaintiff,

v.

PATRICIA P. FRESARD, *et al.*,

       Defendants.

Case No. 26-cv-11637
Hon. Matthew F. Leitman

_____/

### ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 4)

In this action, *pro se* Plaintiff Avian M. Mosley brings claims under 42 U.S.C. § 1983, alleging that Defendants, at least three of whom appear to be state-court judges, violated his federal due process rights and conspired to do the same. Mosley's allegations appear to stem from one or multiple ongoing civil state-court proceedings in which he is the plaintiff. (*See* Compl., ECF No. 1.)  It is difficult to discern the precise nature of his claims against the Defendants.  Mosley seems to allege a cover-up in which the Defendants "hid," "delet[ed]" or otherwise "reject[ed'" his state-court claims and filings to avoid liability for the defendants in those case(s). (*Id.*, PageID.11.)

Now before the Court is an emergency motion by Mosley for an *ex parte* temporary restraining order. (*See* Mot., ECF No. 4.)  In that motion, he asks the

Court to "stay" and "freeze" all further proceedings and enforcement actions in the state-court cases, "restrain[] the enforcement of" various state-court orders, and "order the preservation of" specific docket entries in state-court cases. (*Id.*, PageID.62.)  The motion is **DENIED WITHOUT PREJUDICE**.  At this time, the Court is not yet persuaded that Mosley has shown sufficient likelihood of success on the merits to warrant emergency relief at this time.  Under the circumstances, the Court declines to award the emergency relief he seeks on an *ex parte* basis.  The court concludes that the most prudent path forward is to review Mosley's claims further, including after Defendants have appeared in the action, if the Court requires them to do so.

For these reasons, the Court **DENIES** Mosley's motion for emergency relief (ECF No. 4).

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 20, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 20, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2