UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AVIAN M. MOSLEY,

Plaintiff,

v.

Case No. 26-cv-11637
Hon. Matthew F. Leitman

CATHY M. GARRETT,

Defendant.
_______________________________________/

# JUDGMENT

In accordance with the orders entered on May 28th of this year and this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's action is dismissed.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: November 2, 2026
Detroit, Michigan